# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 26, 2026

Lyle W. Cayce
Clerk

No. 25-30257

Davⁱᴅ Green; LaDaizya Tillman; Dakedra Jones; Ladaveon McFee; Daijour McFee; Debra Bailey, *on behalf of her minor child* J.B.; David Ruff,

*Plaintiffs—Appellants*,

*versus*

City of Monroe; BRFHH Monroe, L.L.C., d/b/a Ochsner LSU Health-Monroe; Lawrence Moore; Russell McCall,

*Defendants—Appellees*,

Appeal from the United States District Court
for the Western District of Louisiana
No. 3:22-CV-884

Before Elrod, *Chief Judge*, and Smith and Wilson, *Circuit Judges*.
Per Curiam:[*]

Following the death of David Harris in police custody, his survivors brought this action, alleging various wrongful death claims under state and federal law against the City of Monroe, Louisiana, against two individual officers, and against the hospital where officers initially sought treatment for

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

Harris.  In separate grants of summary judgment, the district court held that plaintiffs had not demonstrated any material disputes of fact and that the defendants were entitled to summary judgment on plaintiffs' claims against each of them.

After reviewing the briefs and record, and after hearing oral argument, we conclude that the district court thoroughly considered the case brought by the plaintiffs, fairly considered defendants' defenses to the various claims, and committed no reversible error in its decisions.  Accordingly, we affirm the judgments of the district court essentially for the reasons stated in its thorough, well-reasoned opinions.

AFFIRMED.